Aug 19, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON LEE ROBINSON,

    Defendants.

Case No. 4:19-cr-40051-JPG-1

**19-20520-CR-UNGARO/O'SULLIVAN**

### ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a joint consent to transfer this case to the Southern District of Florida for plea and sentence pursuant to Federal Rule of Criminal Procedure 20(a). (ECF No. 6.) That rule allows such a transfer if the defendant states so in writing and the United States attorneys in both districts approve the transfer. Having met the requirements of the rule, the Court **DIRECTS** the Clerk of Court to **TRANSFER** this case to the Southern District of Florida.

**IT IS SO ORDERED.**

**DATED: AUGUST 9, 2019**

                                            *s/ J. Phil Gilbert*
                                            **J. PHIL GILBERT**
                                            **U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 18 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 19-40051-JPG |
| v. | ) |
| | ) Title 18, United States Code, Section |
| JASON LEE ROBINSON, | ) 2113(a) |
| | ) |
| Defendant. | ) |

INDICTMENT

**FILED**
JUN 18 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

COUNT 1
BANK ROBBERY

On or about January 14, 2019, in Jefferson County, within the Southern District of Illinois,

JASON LEE ROBINSON,

defendant herein, did by force and violence, and by intimidation, take money from the person of another which was in the possession and the care, custody, and control of Fifth Third Bank, located in Mt. Vernon, Illinois, a financial institution which at the time was insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

A TRUE BILL

FOREPERSON

_____
*f/* STEVEN D. WEINHEOFT
United States Attorney

_____
George Norwood
Assistant United States Attorney

Case 4:19-cr-40051-JPG   Document 2 *SEALED* (Court only)   Filed 06/18/19   Page 1 of 1
Page ID #2

Criminal Case Cover Sheet — U.S. District Court
This report amends previously submitted defendant information
(Substitute form JS 45 [04/2001])

PROCEEDING:
Place of Offense: SOUTHERN DISTRICT OF ILLINOIS, DIVISION **Benton**   COUNTY   **Jefferson**

BY:   Indictment            Praecipe for **WARRANT** to issue.

If superseding: ☐ Same Defendant  ☒ New Defendant    Docket No. Click or tap here to enter text.
transferred from district  per FRCrP Choose an item.

☐  this is a reprosecution of charges which were previously dismissed on motion of: ☐ U.S. Attorney ☐ Defense
Previous docket number Click or tap here to enter text.

Related case(s) regarding this defendant:  **DOCKET NO:** Click or tap here to enter text. **CHARGE TYPE:** Click or tap here to enter text.
                                            **DISTRICT:** Choose an item  and  **STATUS:** Choose an item

Complaint Pending: ☐ YES        **CASE NO.** Click or tap here to enter text.

Complainant Agency and/or Agent name and title:   FBI - Adam Buiter

DEFENDANT:
Name:  Jason Lee Robinson
Address:

Alias Names(s):

Birth date:              Juvenile ☐
SSN: __         _        To Be Sealed ☐
Male/Female: **MALE**
Race: Click or tap here to enter text.
Citizen of:
Interpreter: ☐   Language and/or dialect:

☒ IS IN CUSTODY (give date of custody on this offense):
    Institution/Location:  Miami FDC
☐ On this charge, ☐ Federal ☐ State
☐ On another conviction, ☐ Federal ☐ State
☐ Awaiting trial on other charges, ☐ Federal ☐ State (Institution)
   Has Detainer been filed? ☐  (If Yes, give date)
   Or if arresting agency and warrant were not federal, give date transferred to U.S. Custody:
☐ Writ signed on
   setting appearance for
   at Choose an item.
   before Magistrate Judge

☐ IS NOT IN CUSTODY
☐ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served.
☐ Fugitive
☐ On bail or release from
☐ Summons issued on setting appearance for
   at Choose an item.  before Magistrate Judge

OCDETF ☐ YES  ☐ NO
(If yes, WC-ILS-____)

Victim(s): ☐ Yes  ☒ NO
Date Coordinated with Victim Witness Coordinator:
Agent's Name:
Agent's Telephone #:
Agent's Fax #:
In cases with Victims, give a copy of the charging document and other relevant information to the VW Coordinator.

| Index Key / Code | Count(s) | U.S.C. Citations | Offenses charged | Sentence/Fine/Supervised Release/ Special Assessments | Petty Offense/Misdemeanor/Felony |
|---|---|---|---|---|---|
|  | 1 | Title 18, U.S.C. §2113(a) | Bank Robbery | Up to 20 years' imprisonment, up to $250,000 fine, up to 3 years supervised release, $100 special assessment | Felony |

DATE:  6/18/2019              AUSAs assigned to case, including Asset Forfeiture AUSA:  George A. Norwood
Submitting AUSA: _____              Supervisor's Signature: _____
                 George A. Norwood

District Court Case Number (To be filled in by deputy clerk): _____ 19-40051-JPG _____

CLOSED

# U.S. District Court
## Southern District of Illinois (Benton)
## CRIMINAL DOCKET FOR CASE #: 4:19-cr-40051-JPG-1
### Internal Use Only

Case title: USA v. Robinson

Date Filed: 06/18/2019
Date Terminated: 08/09/2019

Assigned to: Judge J. Phil Gilbert

**Defendant (1)**

**Jason Lee Robinson**
*TERMINATED: 08/09/2019*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113(a) Bank Robbery (1) | Case transferred to Southern District of Florida pursuant to Federal Rule of Criminal Procedure Rule 20. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA        represented by    **George A. Norwood**
Assistant U.S. Attorney - Benton
Generally Admitted
402 West Main Street
Suite 2A
Benton, IL 62812

                                                618-439-3808
                                                Fax: 618-439-2401
                                                Email: george.norwood@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Assistant US Attorney*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2019 | | NOTICE: At the direction of the Judicial Conference of the United States, all plea agreements and sentencing memoranda contain a sealed supplement which is either a statement that there is cooperation, or a statement that there is no cooperation, and, as a result, it is not possible to determine from examination of docket entries whether a defendant did or did not cooperate with the government. (amv) (Entered: 06/19/2019) |
| 06/18/2019 | 1 | INDICTMENT as to Jason Lee Robinson (1) count(s) 1. (amv) (Entered: 06/19/2019) |
| 06/19/2019 | 4 | Arrest Warrant Issued as to Jason Lee Robinson (amv) Modified on 6/20/2019 (amv). (Entered: 06/19/2019) |
| 06/20/2019 | 5 | NOTICE OF MODIFICATION re 4 Warrant Issued. No further action is required by the filer in relation to this notification. Filing date changed to 6/19/19. (amv)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/20/2019) |
| 08/08/2019 | 6 | NOTICE *Consent to Transfer of Case For Plea and Sentence (Under Rule 20)* as to Jason Lee Robinson (Norwood, George) (Entered: 08/08/2019) |
| 08/09/2019 | 7 | ORDER as to Jason Lee Robinson, The Court DIRECTS the Clerk of Court to TRANSFER this case to the Southern District of Florida. Signed by Judge J. Phil Gilbert on 8/9/2019. (jdh) (Entered: 08/09/2019) |
| 08/09/2019 | 8 | Letter sent to Southern District of Florida as to Rule 20 transfer. (trb) (Entered: 08/09/2019) |
| 08/09/2019 | 9 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of Florida Counts closed as to Jason Lee Robinson (1) Count 1. (trb) (Entered: 08/09/2019) |